UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-81027-CIV-MARRA

NITV, LLC,

    Plaintiff,

v.

DAVID HUGHES; ROBERT MARTIN; D. GLENN FOSTER; LAWRENCE K. RICE; PATRICK FLOOD; JOHN WAYNE RYAN; WILLIAM SCOTT JONES; ROBERT JENKINS; COMPUTER VOICE STRESS TESTING & CONSULTING, INC., a Florida corporation; INTERNATIONAL TRUTH VERIFICATION PTY LTD, an Australian entity; VIPRE SYSTEMS, LLC, a Florida limited liability company; VIPRE-VOICE STRESS SALES & TRAINING, LLC, a Florida limited liability company; INTERNATIONAL LAW ENFORCEMENT TRAINING SOLUTIONS, LLC, a Florida limited liability company; PATRICK J. WAINSCOTT; and MICHAEL D. BRICK,

    Defendants.
_____/

## ORDER ON JOINT MOTION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Motion for Dismissal with Prejudice [DE 271], and the Court having reviewed the file, and being otherwise advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the motion [DE 271] is granted, this case is dismissed with prejudice, with each party to bear its own fees and costs.  All pending Motions are denied as

moot. The Clerk is directed to close this file.

DONE AND ORDERED in Chambers, at West Palm Beach, Palm Beach County, Florida, this 10th day of December 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Joel B. Rothman, Esq.
Jennifer Ramach, Esq.
Scott W. Zappolo, Esquire
Brian R. Gilchrist, Esquire
Kevin Crosby, Esquire
O:\MARRA\JUDGE'S REVIEW\Mindy\NITVdismissal.wpd